IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 1:24-CR-00098-TNM |
| | ) | |
| | ) | |
| SHAWN DANIEL MAHONEY | ) | |

**<u>ASSENTED-TO MOTION TO AMEND BAIL CONDITIONS</u>**

NOW COMES the Defendant, Shawn Mahoney, by and through counsel, Jaye Rancourt, and requests this Honorable Court to amend Mr. Mahoney's bail conditions to permit him and his family to relocate to Florida.

Mr. Mahoney has come before this Court on an Information alleging that he has violated, 18 USC §1752(a)(1) (Entering and Remaining in a Restricted Building), 18 USC §1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building), 40 USC § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building), and 40 USC § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Mr. Mahoney entered pleas of guilty to counts 3 and 4 of the information charging him with disorderly and disruptive conduct in a Capitol building or grounds and parading, demonstrating or picketing in a Capitol building on June 27, 2024.

Mr. Mahoney's bail conditions indicate that he is to reside in New Hampshire and is currently supervised by the United States Probation Office in New Hampshire while on pre-trial release.

Mr. Mahoney is scheduled for sentencing on October 23, 2024.

Prior to his sentencing, Mr. Mahoney and his family would like to relocate to the State of Florida. Mr. Mahoney's mother resides in Merritt Island, Florida. Mr. Mahoney and his family

1

will reside temporarily with her while they locate employment and get settled. It is anticipated they will then relocate to a permanent residence also in Merritt Island, Florida. This is a home currently occupied by renters, so the date of that move is unknown. The specific addresses for these residences have been provided to United States Probation.

The date of the proposed relocation is October 4, 2024.

Mr. Mahoney seeks to relocate at this time so that his family will be closer to extended family for support. In the event Mr. Mahoney should be incarcerated for any period of time, his family will need support during that time. A relocation prior to sentencing facilitates that support. There is currently no extended family support for the family in New Hampshire.

United States Probation has no objection to this relocation and has been notified of the proposed residence. They will seek supervision from US Probation in Florida upon approval of this Motion by the Court.

The Government has been contacted and assents to the relief requested herein.

WHEREFORE the Defendant requests this Honorable Court:

A. Amend Mr. Mahoney's bail conditions to reflect a relocation to Merritt Island, Florida; and

B. Grant such other relief as justice and equity may require.

Respectfully submitted,

*/s/ Jaye Rancourt*
Jaye Rancourt, AFPD
Federal Public Defender Office
(603) 226-736
Jaye_Rancourt@fd.org
N.H. Bar #14235

**CERTIFICATE OF SERVICE**

2

    I hereby certify that the above document was served on the following person on September 18, 2024, and in the manner specified herein: electronically served through CM/ECF to AUSA Matthew Vigeant

*/s/ Jaye Rancourt*
Jaye Rancourt
