Name: Oyetayo Fagbenro
Fed. Reg. No.# 20402-509

FCI Allenwood Low
PO Box 1000
White Deer PA 17887

**Leave to File
Granted - 10/24/24**



United States District Court
District of Columbia
333 Constitution Ave. NW
Washington DC 20001-2899

10/01/2024

In Re: Case Number  1:20-Cr-00258-BAH

Amendment 821 Eligibility    (Hon. Judge Beryl; Sent. 02/20/2021)

My name is Oyetayo Fagbenro, a federal inmate housed at FCI Allenwood Low facility in White Deer, PA (verifiable via https://www.bop.gov/inmateloc). I was sentenced in the above case in the United States District Court for the District of Columbia and believe that I may be eligible for relief under one of the provisions of the retroactive amendment which went into effect on November 1, 2023.

I am uncertain as to how the District Court is screening eligibility for such relief and/or if the Court is utilizing the Federal Public Defender for this purpose.

I am asking that you please review my case to determine eligibility for any aspect of Amendment 821 relief. I will provide any/all requested documentation as needed, and request that the Public Defender file on my behalf for the greatest possible reduction in sentence if I am indeed eligible.

Thank you for your time and assistance. I look forward to hearing from you soon.

Sincerely,

Oyetayo Fagbenro

RECEIVED
Mail Room

OCT 21 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia